UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| AMBER R DAVIS, | 3:25-CV-03025-RAL |
| Plaintiff, | |
| vs. | RULE 4(M) ORDER |
| DAIRY FARMERS OF AMERICA, DFA INC., | |
| Defendant. | |

On October 6, 2025, Plaintiff Amber R. Davis filed a pro se employment case against Defendant Dairy Farmers of America along with a motion to appoint counsel. Docs. 1, 2. The Clerk of Court issued a summons for Davis to serve that same day. Doc. 3. This Court denied Davis's motion to appoint counsel on October 7, 2025, but suggested that Davis consult Rule 4 of the Federal Rules of Civil Procedure and arrange service on the Defendant's registered agent in South Dakota, which appears to be Corporation Service Company, 503 S. Pierre Street, Pierre, SD 57501. Doc. 5.

In early November 2025, the Hughes County Clerk of Court forwarded a letter from Davis containing a summons for the Defendant and explaining that she hoped she had completed the summons correctly. Docs. 6, 6-1. It appears that the Post Office had mistakenly delivered Davis's letter to the Hughes County Clerk of Court. Doc. 6-1 at 2.

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the

plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed R. Civ. P. 4(m).  It has been well over 90 days since Davis filed her complaint.  This Court intends to dismiss this action without prejudice if Davis does not serve the Defendant by **May 6, 2026**, unless Davis can demonstrate good cause for her failure to serve the Defendant.

Accordingly, it is

ORDERED that the Clerk of Court mail Davis a copy of Federal Rule of Civil Procedure 4.  It is further

ORDERED that Davis shall serve the Defendant by **May 6, 2026**, and file proof of service with the Clerk of Court by **May 21, 2026.**  Failure to do so will result in this action being dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

DATED this 6th day of April, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE